```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS,                    )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )
                                   )    C.A. No. 14-12685-PBS
UMASS CORRECTIONAL HEALTH CARE,    )
et al.,                            )
                                   )
        Defendants.                )
                                   )
```

## ORDER

Saris, C.J.

    David Williams was a named plaintiff in <u>Stote v. UMass Correctional Health</u>, C.A. No. 13-10267-NMG, a civil rights action filed by MCI Norfolk inmate John E. Stote in which he and over one hundred other prisoners claimed that medical care at MCI Norfolk was inadequate.

    In an order dated June 25, 2014, the Court ordered that the claims of each plaintiff be severed and that a separate case be opened up for each individual plaintiff. <u>See</u> <u>id.</u> (docket entry #20). The order directed each plaintiff who wanted to prosecute his own claims to pay the $400 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs (also referred to as motion for leave to proceed <u>in forma pauperis</u>) within sixty days and that the failure to pay the fee or seek leave to proceed without payment of the fee may result in dismissal of the individual action without prejudice.

    The Clerk mailed a copy of Judge Gorton's order and the form Application to Williams in June 2014. It was returned as

undeliverable on July 17, 2014. The public website vinelink.com indicates that Williams is presently incarcerated at MCI Norfolk. It is unclear whether the June 25, 2014 order was returned through error or because, at the time, Williams was not at MCI Norfolk but has since returned.

Williams shall be given additional time to indicate whether he wishes to litigate this action. Accordingly, if he wants to pursue his individual claims, he must, within thirty-five (35) days, pay the $400 filing fee or file a motion for leave to proceed in forma pauperis (with a six-month prison account statement). Failure to comply with this directive will result in dismissal of the action.

The Clerk shall provide Williams with (1) a copy of the June 25, 2014 order; (2) pages from the complaint that contain allegations and claims common to all the original plaintiffs and those specific to Williams; and (3) an Application to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.

| 12/12/2014 | /s/ Patti B. Saris |
|---|---|
| DATE | PATTI B. SARIS |
| | CHIEF, U.S. DISTRICT JUDGE |